STATE OF NEW JERSEY v. DANIEL THOMPSON.

December 19, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. WALTER ALLEN.

December 19, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP WHITEHEAD.

December 19, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP REEVEY.

December 19, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD WILLIAMS.

December 19, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. DAVID MEARS.

December 19, 1978.  Petition for certification denied.